THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Wayne Hodges,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-178
Submitted January 10, 2003  Filed March 
 4, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evens, Jr., and Legal Counsel J. Benjamin Aplin,  all of Columbia; for 
 Respondent.
 
 
 

PER CURIAM:  Robert Wayne Hodges appeals 
 the trial courts decision to revoke 30 months of his probation.  Appellate 
 counsel has filed a final brief and a petition to be relieved.  Hodges did not 
 file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.